452 A.2d 1088

Commonwealth v. Fulton, Appellant.

Petition for Allowance of Appeal Denied June 8, 1983.

Argued April 7, 1982.
Mark L. Mazzanti, for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgments of sentence affirmed.

452 A.2d 1088

Commonwealth v. Green, Appellant.

Submitted January 18, 1982. Marilyn J. Gelb, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence is affirmed.